IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| JINA HARPER, WILLIAM KINDON, JOHN L. SIGEARS, HANNA STONE, ELIZABETH FIELDER, and LAURA FIELDER | § § § § § | |
| versus | § § | CIVIL ACTION NO. 1:18-CV-417 |
| ALAMO ENVIRONMENTAL, INC. d/b/a Alamo 1, AECOM TECHNICAL SERVICES, INC., and AECOM C&E, INC. | § § § § | |

## JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

**TO THE HONORABLE COURT:**

Come now Plaintiffs, Jina Harper, William Kindon, John L. Sigears, Hanna Stone, Elizabeth Fielder, and Laura Fielder, and Defendants, Alamo Environmental, Inc., d/b/a Alamo 1, AECOM Technical Services, Inc., and AECOM C&E, Inc., and make this Joint Motion for Approval of Settlement Agreement, as follows:

1. This is an action for alleged unpaid overtime wages under the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 *et seq.* ("FLSA"), in which Defendants deny the material allegations and assert multiple affirmative defenses. The parties have reached a settlement agreement, subject to the Court's approval.

2. Defendants are entering into this compromise and settlement without admitting liability and only to end expensive litigation.

3. Plaintiffs, with advice of counsel, and having had a reasonable time in which to consider the settlement agreement, agree that the terms of the settlement agreement are fair and

equitable and constitute an appropriate and adequate compromise and resolution of Plaintiffs' claims.

4. The parties respectfully request that the Court approve the settlement submitted filed under seal with their JOINT MOTION TO FILE CONFIDENTIAL SETTLEMENT AGREEMENT UNDER SEAL.

5. Should the Court approve the parties' settlement, the parties further move, in accordance with the settlement agreement, that the Court dismiss all claims asserted by Plaintiffs against Defendants herein with prejudice, with provision that all costs shall be taxed against the party incurring same and all attorney's fees shall be borne by the party incurring same, and subject only to the Court reserving the power to enforce the settlement.

WHEREFORE, the parties request that the Court grant this motion.

Respectfully submitted,

| MOORE & ASSOCIATES | ORGAN BELL & TUCKER, LLP |
|---|---|
| By: */s/ Melissa Moore (with permission)*<br>Melissa Moore<br>Texas Bar No. 24013189<br>Curt Hesse<br>Texas Bar No. 24065414<br>440 Louisiana Street, Suite 675<br>Houston, Texas 77002<br>Telephone: (713) 222-6775<br>Facsimile: (713) 222-6739<br><br>**ATTORNEYS FOR PLAINTIFFS** | By: */s/ Robert J. Hambright*<br>Robert J. Hambright<br>Texas Bar No. 08814300<br>470 Orleans Street<br>P.O. Box 1751<br>Telephone: (409) 838-6412<br>Facsimile: (409) 838-6959<br><br>**ATTORNEY FOR DEFENDANT ALAMO ENVIRONMENTAL, INC. d/b/a ALAMO 1** |

2

SEYFARTH SHAW LLP

By: */s/ Brian A. Wadsworth (with permission)*
Brian A. Wadsworth
Texas Bar No. 24075231
700 Milam Street, Suite 1400
Houston, Texas 77002
Telephone: (713) 225-2300
Facsimile: (713) 225-2340

**ATTORNEY FOR DEFENDANT AECOM TECHNICAL SERVICES, INC., and AECOM C&E, INC.**

3