| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JINA HARPER, WILLIAM KINDON, §
JOHN L. SIGEARS, HANNA STONE, §
ELIZABETH FIELDER, and LAURA §
FIELDER, §
 §
     Plaintiffs, §
 §
*versus* §    CIVIL ACTION NO. 1:18-CV-417
 §
ALAMO ENVIRONMENTAL, INC. §
*d/b/a Alamo 1*, AECOM TECHNICAL §
SERVICES, INC., and AECOM C&E, INC., §
 §
     Defendants. §

## ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSAL WITH PREJUDICE

Pending before the court is the parties' Joint Motion for Approval of Settlement Agreement and Dismissal with Prejudice (#62). Having reviewed the motion and the parties' settlement agreement, the court finds and is the opinion that this action concerns bona fide disputes over the applicability of the FLSA and whether its provisions were violated, whether Plaintiffs were properly or improperly characterized as independent contractors not subject to the overtime provisions of the FLSA, the number of hours Plaintiffs worked during the relevant time period, and other issues set out in the pleadings. The court further finds and is of the opinion that the settlement is a negotiated compromise by the parties who are represented by counsel, the settlement reflects an arms-length negotiation, and the settlement presented is fair and reasonable. It thus appearing to the court that due cause exists to grant the motion and approve the settlement agreement, it is hereby

ORDERED that the parties' settlement agreement is APPROVED by the court. It is FURTHER ORDERED that all of the Plaintiffs' claims asserted against Defendants are dismissed in their entirety with prejudice, subject to the court's retaining jurisdiction and power to enforce the terms of the settlement agreement, with all costs taxed against the party incurring same and all attorney's fees to be borne by the party incurring same.

THIS IS A FINAL JUDGMENT, with the court retaining jurisdiction to enforce the settlement agreement.

SIGNED at Beaumont, Texas, this 16th day of September, 2020.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE